UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 10-CV-80373-RYSKAMP/VITUNAC

EDWARD J. MARTINO and
JILL SELKOWTIZ,

      Plaintiffs,

v.

THE CITY OF BOYNTON
BEACH, RAYMOND LUGO,
and GABRIEL ALBALA,

      Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court *sua sponte*. On May 21, 2010, the Court granted plaintiffs' counsel's request to withdraw from this case. *See* **[DE 10]**. The Court instructed the plaintiffs to either file a notice of intent to proceed *pro se* or to retain new counsel within ten days. *See id.* The Court warned the plaintiffs that the failure to do so might result in administrative closure of the case. The plaintiffs failed to file a notice or to retain new counsel. On November 1, 2010, the Court again entered an order requiring the plaintiffs to file either a notice of intent to proceed *pro se* or to retain new counsel within ten days. *See* **[DE 11]**. Plaintiffs again failed to file the notice or to retain new counsel.

      "A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). This authority includes the power to dismiss a case for failure to prosecute or failure to comply with a court order. *Id.* (citing Fed. R. Civ. P. 41(b)). The Court twice warned the plaintiffs that the failure to file a notice of an intent to proceed *pro se* or to retain new counsel would result in the dismissal of their

1

complaint and the administrative closure of this case.  Plaintiffs failed to heed those warnings and the Court will not allow this case to continue to languish on its docket.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.  Any pending motions are **DENIED AS MOOT**.  The Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 16 day of November, 2010.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE